[No. 28220-4-I.   Division One.   July 27, 1992.]

*In the Matter of the Support of*
DEBRA LYNN ROSS.

NANCY MORTELL, *Appellant*, v. JOHN ROSS,
*Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 84-3-08938-9, Joan B. Allison, J. Pro Tem., entered October 9, 1990. *Affirmed* by unpublished opinion per Webster, A.C.J., concurred in by Baker and Kennedy, JJ.

[No. 28174-7-I.   Division One.   July 27, 1992.]

CITIZENS FOR A SAFE NEIGHBORHOOD, ET AL,
*Respondents*, v. THE CITY OF SEATTLE,
ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 90-2-14954-4, Edward Heavey, J., entered March 6, 1991. *Reversed* by unpublished opinion per Grosse, C.J., concurred in by Coleman and Forrest, JJ. Now published at 67 Wn. App. 436.

[No. 27208-0-I.   Division One.   July 27, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY
CALLANDRET, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-03291-1, Frank J. Eberharter, J., entered October 5, 1990. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Grosse, C.J., and Forrest, J.